**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Fausto Antonio FABIAN,**
**Defendant–Appellant.**

No. 09–10424.

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 21, 2010.

Lawrence Lee, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Sean Holahan Bruner, Tucson, AZ, for Defendant–Appellant.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

Fausto Antonio Fabian appeals from his guilty-plea conviction and 48–month sentence for reentry following deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Fabians' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental

---

brief. No pro se supplemental brief of answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.